APPEAL No. 74-206. WENDELL F. DESCOTEAUX v. JOSEPH BONAVENTURA. Motion of plaintiff to reargue the appeal is assigned for hearing to the calendar for Friday, February 6, 1976, at 9:30 a.m. *Arum K. Berberian,* for plaintiff. *Coia & Lepore, Ltd., Albert J. Lepore,* for defendant.

APPEAL No. 75-97. ALBERT E. CLARK, SR. *et al. v.* GLENN P. JOHNSON *et al.* Motion of defendants for extension of time in which to file his brief is granted to February 18, 1976. If the brief is not filed by said date, the appeal shall be dismissed. *John F. McBurney,* for plaintiffs. *Joseph A. Capineri,* for defendants.

APPEAL No. 75-116. SIRVESS, INC. *v.* MICHAEL MORIN, JR. *et al.* Motion of plaintiff to dismiss appeal is granted. *William F. McMahon,* for plaintiff. *Philip M. Hak, Moses Kando,* for defendants.

APPEAL No. 75-145. HUB MANUFACTURING Co., INC. *v.* WEATHERKING PRODUCTS, INC. Matter came on to be heard on the court's motion to show cause as to why it should not be dismissed for lack of prosecution for failure to comply with Rule 16 of the Supreme Court. No cause having been shown, the appeal is dismissed and papers are remanded to Superior Court. *B. Lucius Zarlenga,* for plaintiff. *Edward J. Regan,* for defendant.

APPEAL No. 75-194. LEONARD J. COLAPIETRO *et ux. v.* DENNIS J. MURPHY, JR. *et al.* Motion of plaintiffs to dismiss the appeal is denied. Motion of State to consolidate the instant case with that of *Colapietro v. Murphy,* No. 75-189-M.P. is granted. Its motion for extension of time in which to file its brief is granted, and the time is extended to February 16, 1976, but no further extension shall be granted. *James DiPrete, Jr. & Associates, James DiPrete, Jr., Joseph C. Manera, Jr.,* for plaintiffs. *Julius C. Michaelson,* Attorney General, *J. Peter Doherty,* Special Asst. Attorney General, *Jeremiah S. Jeremiah, Jr.,* Asst. City Solicitor, for defendants.